IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLARENCE EUGENE ALSPAUGH, III, | ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:19CV217<br><br>**ORDER** |
| Plaintiff, | | |
| v. | | |
| NEBRASKA DEPARTMENT OF CORRECTIONS, | | |
| Defendant. | | |

Because the court has received an overpayment of the filing fee for this case,

IT IS ORDERED:

1. Plaintiff's Motion for Refund of Fees and to Stop Filing Fee Payment (Filing No. 13) is granted;

2. The Financial Administrator of the United States District Court for the District of Nebraska shall refund $67.52 to Plaintiff's institutional account;

3. Plaintiff's institution shall cease collecting monthly payments from Plaintiff's institutional account for the filing fee in this case;

4. The Clerk of the Court is directed to send a copy of this order to the appropriate official at Plaintiff's institution.

DATED this 25th day of July, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge